UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Todd Edward Dickinson

*(Enter full name of plaintiff)*

Plaintiff,

v.

Linn County Jail
Linn County Sheriff Jim Yon
Linn County Undersheriff John Dre
L.C. Jail Captin Langley #539
L.C. Jail Captin Vian
L.C. *(Enter full name of all defendant(s))*
L.C. Jail Senior Deputy SOTU classification
L.C. Defendant(s). cont on 1B

Civil Case No. 6:20-cv-1018-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**
current →

Name: TODD E. Dickinson
Street Address: 1115 Jackson St. S.E. Linn County Jail
City, State & Zip Code: Albany, Oregon 97322
Telephone No.:

As of July 24: Todd Dickinson, 3235 Madison St. S.E., Albany Oregon 97322
Home (541)248-3973

Complaint for Violation of Civil Rights (Prisoner Complaint) [Rev. 01/2018]

1

City of Albany Oregon
in Linn County Oregon

County of Linn
IN THE STATE OF OREGON

Page 1B defendants cont.

**Defendant No. 1**   Name: Linn County Jail
Street Address: 1115 Jackson St. S.E.
City, State & Zip Code: Albany, Oregon 97322
Telephone No.: ?

**Defendant No. 2**   Name: Linn County Sheriff Jim Yon
Street Address: 1115 Jackson St. S.E.
City, State & Zip Code: Albany, Oregon 97322
Telephone No.: ?

**Defendant No. 3**   Name: Linn County Undersheriff Jane/John Doe
Street Address: 1115 Jackson St. S.E.
City, State & Zip Code: Albany, Oregon 97322
Telephone No.: ?

**Defendant No. 4**   Name: Linn County Jail Captin Langley #539
Street Address: 1115 Jackson St. S.E.
City, State & Zip Code: Albany, Oregon 97322
Telephone No.: ?

Continued on 2B

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

L.C. Jail Captin Vian
1115, Jackson St. S.E.
Albany, Oregon 97322

L.C. Jail Lt. Randall
1115 Jackson St. S.E.
Albany, Oregon 97322

Linn County Senior Deputy Soto classifaction officer
1115 Jackson St. S.E.
Albany, Oregon 97322

City of
Albany, Oregon 97322
in Linn County

County of Linn

in the State of Oregon

Page 2B

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

8th amendment (failure to protect). ORS Assault. The first 10 amendments of Constitution. 14th Amendment of Constitution

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In November 2019 Plaintiff was housed in "D" Block a privileged block. While standing under t.V. I saw inmate Cheever attempting to say something. I stepped out from under the t.V. and he sucker punched me with a huge right hand. Broke my glasses causing swelling + bruising to my left ear and neck and jaw area 30+ days of pain - some loss of hearing. Plaintiff (I) picked up my broken glasses went to my room and jimmyrigged them back together and walked back to dayroom. Inmate Cheever walked up behind another inmate (watching t.V.) and as the inmate turned Cheever punched him literally knocking him out. All on video (4K)

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Cheever, being held for murder, beating and kicking an elderly man to death should never have been place in

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

"D" block again. Yes again. He assaulted another inmate previously in D block and was removed and put in B block. While in B block he bolted out of the door during med line, ran accross to "F" block and assaulted an inmate in F block. All of this prior to assaulting me and the other individual. Then he was put back in "D" block a privilage block again why? I was assaulted then as well as another Resident. Claim II

On 05-12-2020 (approx 6:30am again on video) while I was reaching out to retrieve toilet paper Deputy Lt. Randall struck

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

assaulted me. every morning the supply cart comes around to get supplies. I have never been assaulted or disrespected, dehumanized for reaching for toilet paper. I have IBS and use approxamently 1 @ 1/2 rolls a toilet paper a day. I have wrote letters to the Sheriff, Undersheriff, Lt. Langley. Langley responds that I have t.p. when check on - of course he doesn't ask when I got It. Being denied t.p. is unsanitary and unhealty. I sur surely shouldn't be assaulted by a deputy for following the rules and retrieving t.p. from the cart.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

mental and emotional injury 1,150.00 a day and counting.

nominal damages 10,000,000.00

punitive damages 100,000,000.00

change their procedure for housing accused murderers who beat and kick their victims to death. Then assault incarcerated residents at will seemingly with permission of this facility.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of June, 2020.

(Signature of Plaintiff)
Todd E. Dickinson

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]